

IN THE
TENTH COURT OF APPEALS

No. 10-15-00279-CR

RONALD PAUL JACKSON, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 77th District Court
Limestone County, Texas
Trial Court No. 13207-A

MEMORANDUM OPINION

Appellant, Ronald Paul Jackson Jr., has filed a first amended motion requesting

the dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in

the appeal, and appellant and his attorney have personally signed the motion. *See id.*

Accordingly, we grant the motion and hereby dismiss appellant's appeal.[1]

---

[1] We previously abated this appeal so that appellant's counsel could obtain appellant's signature on the motion to dismiss. Given that appellant has signed the first amended motion to dismiss, we reinstate the appeal so that it can be dismissed in accordance with appellant's wishes. We also dismiss all other pending motions in this proceeding as moot.

AL SCOGGINS
Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed April 28, 2016
Do not publish
[CR25]

